JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 12-6128 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Madeline Perez, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Madeline Perez, in the principal amount of $1,533.46 plus interest accrued to July 11, 2012, in the sum of $2,947.40; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**4,480.86**.

DATED: 8/13/2012        By: TERRY NAFISI
                             Clerk of the Court
                             L. RAYFORD
                             Deputy Clerk
                             United States District Court

Page 5